FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2003 JUN 10 AM 9: 16

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DON POOLE     CIVIL ACTION

versus     NO. 02-2697

BURL CAIN, WARDEN     SECTION "C" (3)

## JUDGMENT

The Court, having considered the petition, the record, the applicable law and for the written reasons assigned;

**IT IS ORDERED, ADJUDGED AND DECREED** that the petition of Don Poole for writ of *habeas corpus* under Title 28, United States Code, Section 2254, be **DISMISSED WITH PREJUDICE.**

New Orleans, Louisiana, this 9 day of June, 2003.

UNITED STATES DISTRICT JUDGE

DATE OF ENTRY

JUN 1 0 2003

___ Fee _____
___ Process _____
X  Dktd _____
___ CtRmDep _____
___ Doc. No. 13